# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
## HARRISBURG DIVISION

In re: GPI AVIATION, INC.                 §    Case No. 05-06047
                                          §
                                          §
Debtor(s)                                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

John Neblett, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,104,587.99          Assets Exempt:  N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:$0.00          Claims Discharged
                                               Without Payment: N/A

Total Expenses of Administration:$4,401.25

3) Total gross receipts of $      4,401.25      (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00      (see **Exhibit 2**), yielded net receipts of $4,401.25 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $89,363.28 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,674.25 | 2,638.04 | 2,638.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 84,095.85 | 84,095.85 | 1,763.21 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 880,539.89 | 238,693.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 161,973.82 | 146,553.50 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,219,647.09 | $471,980.39 | $4,401.25 |

4) This case was originally filed under Chapter 7 on September 09, 2005. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/03/2016      By: /s/John Neblett

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 1129-000 | 3,221.88 |
| Kish Bank general account 612141 | 1129-000 | 1,179.37 |
| **TOTAL GROSS RECEIPTS** | | $4,401.25 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S-3 | Indiana Department of Revenue | 4800-000 | N/A | 89,363.28 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $89,363.28 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John P. Neblett, Trustee | 2100-000 | N/A | 1,100.31 | 1,100.31 | 1,100.31 |
| John P. Neblett, Trustee | 2200-000 | N/A | 137.70 | 137.70 | 137.70 |
| Pennsylvania Department of Revenue (ADMINISTRATIVE) | 2820-000 | N/A | 1,036.21 | 0.00 | 0.00 |
| Indiana Department of State Revenue (ADMINISTRATIVE) | 2820-000 | N/A | 110.16 | 110.16 | 110.16 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| International Sureties, LTD | 2300-000 | N/A | 3.30 | 3.30 | 3.30 |
| John P. Neblett, Trustee | 3610-000 | N/A | 231.75 | 231.75 | 231.75 |
| John P. Neblett, Trustee | 3620-000 | N/A | 172.63 | 172.63 | 172.63 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| International Sureties, LTD | 2300-000 | N/A | 2.19 | 2.19 | 2.19 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,674.25 | $2,638.04 | $2,638.04 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pennsylvania Department of Revenue (ADMINISTRATIVE) | 6820-000 | N/A | 84,095.85 | 84,095.85 | 1,763.21 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $84,095.85 | $84,095.85 | $1,763.21 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Indiana Department of Revenue | 5800-000 | N/A | 3,771.07 | 0.00 | 0.00 |
| 6P-2 | Indiana Department of Revenue | 5800-000 | N/A | 3,771.07 | 0.00 | 0.00 |
| 6P-3 | Indiana Department of Revenue | 5800-000 | N/A | 4,776.75 | 0.00 | 0.00 |
| 8 | Pennsylvania Department of Revenue | 5800-000 | N/A | 314,764.00 | 0.00 | 0.00 |
| 8 -2 | Pennsylvania Department of Revenue | 5800-000 | unknown | 314,764.00 | 0.00 | 0.00 |
| 8 -3 | Pennsylvania Department of Revenue | 5800-000 | N/A | 231,316.00 | 231,316.00 | 0.00 |
| 20 | Prospect Aviation Corporation | 5200-000 | N/A | 7,377.00 | 7,377.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $880,539.89 | $238,693.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kathleen V Yurchak, Esq | 7100-000 | N/A | 16,000.00 | 16,000.00 | 0.00 |
| 2 | John Walter | 7100-000 | N/A | 21,000.00 | 21,000.00 | 0.00 |
| 3 | Northern Indiana Public Service Company | 7100-000 | N/A | 2,146.55 | 2,146.55 | 0.00 |
| 4 | Sheets LP Gas | 7100-000 | N/A | 1,813.41 | 1,813.41 | 0.00 |
| 5 | MBNA America (Delaware), N.A. | 7100-000 | N/A | 45,190.38 | 45,190.38 | 0.00 |
| 6U | Indiana Department of Revenue | 7100-000 | N/A | 327.79 | 0.00 | 0.00 |
| 6U-2 | Indiana Department of Revenue | 7100-000 | N/A | 327.79 | 0.00 | 0.00 |
| 6U-3 | Indiana Department of Revenue | 7100-000 | N/A | 327.79 | 0.00 | 0.00 |
| 7 | VERIZON WIRELESS | 7100-000 | N/A | 1,536.95 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 -2 | VERIZON WIRELESS | 7100-000 | N/A | 1,536.95 | 1,536.95 | 0.00 |
| 10 | Raytheon Aircraft Company | 7100-000 | N/A | 1,459.03 | 1,459.03 | 0.00 |
| 11 | United Parcel Service | 7100-000 | N/A | 258.49 | 258.49 | 0.00 |
| 12 | Citibank USA NA | 7100-000 | N/A | 623.90 | 623.90 | 0.00 |
| 13 | Oliphant Financial Corporation | 7100-000 | N/A | 93.09 | 93.09 | 0.00 |
| 14 | Allegheny Power | 7100-000 | N/A | 932.24 | 932.24 | 0.00 |
| 15 | Department of the Treasury | 7100-000 | N/A | 12,900.00 | 0.00 | 0.00 |
| 15 -2 | Department of the Treasury | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 16 | Verizon North Inc | 7100-000 | N/A | 2,798.79 | 2,798.79 | 0.00 |
| 18 | VERIZON | 7100-000 | N/A | 852.79 | 852.79 | 0.00 |
| 21 | Kankakee Valley Remc | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 22 | North Central Cooperative | 7100-000 | N/A | 398.64 | 398.64 | 0.00 |
| 23 | Universal Avionics Systems Corporation | 7100-000 | N/A | 477.00 | 477.00 | 0.00 |
| 24 | Sheets LP Gas | 7100-000 | N/A | 1,838.88 | 1,838.88 | 0.00 |
| 25 | Golden Auto Parts, Inc. | 7100-000 | N/A | 182.98 | 182.98 | 0.00 |
| 26 | Steuben County Board of Aviation Commissioners | 7100-000 | N/A | 3,760.00 | 3,760.00 | 0.00 |
| 27 | eCAST Settlement Corporation SUCCESSOR to FIA Card | 7100-000 | N/A | 45,190.38 | 45,190.38 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $161,973.82 | $146,553.50 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05-06047 | **Trustee:** (580060) John Neblett |
| **Case Name:** GPI AVIATION, INC. | **Filed (f) or Converted (c):** 10/17/12 (c) |
| | **§341(a) Meeting Date:** 12/04/12 |
| **Period Ending:** 02/03/16 | **Claims Bar Date:** 04/14/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Building, Location: 2701 Fox Hill Road, State Co (See Footnote) | 1,400,000.00 | 0.00 | | 0.00 | FA |
| 2 | Omega checking account 0010784691 (See Footnote) | 5,411.21 | 5,411.21 | | 0.00 | FA |
| 3 | Omega checking account 0010784748 (See Footnote) | 88.82 | 88.82 | | 0.00 | FA |
| 4 | Omega checking account 0010784454 (See Footnote) | 157.27 | 157.27 | | 0.00 | FA |
| 5 | First Federal Savings of Angola checking account (See Footnote) | 13,888.69 | 13,888.69 | | 0.00 | FA |
| 6 | ACCOUNTS RECEIVABLE (See Footnote) | 132,128.00 | 132,128.00 | | 0.00 | FA |
| 7 | Aircraft and accessories (See Footnote) | 379,065.00 | 379,065.00 | | 0.00 | FA |
| 8 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES (See Footnote) | 156,813.00 | 156,813.00 | | 0.00 | FA |
| 9 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT (See Footnote) | 225,212.00 | 225,212.00 | | 3,221.88 | FA |
| 10 | Inventory (See Footnote) | 17,036.00 | 17,036.00 | | 0.00 | FA |
| 11 | Kish Bank general account 612141 | 0.00 | 0.00 | | 1,179.37 | FA |
| **11** | **Assets** Totals (Excluding unknown values) | **$2,329,799.99** | **$929,799.99** | | **$4,401.25** | **$0.00** |

RE PROP# 1     Surrendered in Chapter 11

RE PROP# 2     Omega assimilated by Kish Bank, administered at asset #11.

RE PROP# 3     See General Comment, below.

RE PROP# 4     See General Comment, below.

RE PROP# 5     See General Comment, below.

RE PROP# 6     Petition value grossly overstated. None noted in review of company records.

RE PROP# 7     liquidated in Chapter 11. See General Comment, below.

RE PROP# 8     Petition value grossly overstated, value based on auctioneer estimate. Accounted for in asset #9 - impossible to distinguish between assets #8 and #9.

RE PROP# 9     The majority of this equipment was liquidated in the Chapter 11. Current trustee value reflects auctioneer estimate of remaining items. Sale received reflects allocated portion of combined Gettig/GPI sale.

RE PROP# 10     None at time of conversion.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** | 05-06047 | |
| **Case Name:** | GPI AVIATION, INC. | |
| | | |
| **Period Ending:** 02/03/16 | | |

| | | |
|---|---|---|
| **Trustee:** | (580060) | John Neblett |
| **Filed (f) or Converted (c):** | 10/17/12 (c) | |
| **§341(a) Meeting Date:** | 12/04/12 | |
| **Claims Bar Date:** | 04/14/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

12/30/13 - see, generally, notes on Gettig (05-06044) and Stelrema (05-06049) cases. GPI Aviation was the smallest of the four companies included in the Gettig filing. The purpose of the corporation was to provide aviation support to the Gettig group, and owned airplanes and hanger space at the State College, PA airport. The company was liquidated almost completely during the seven years the company was in Chapter 11.

10/16/13 - check tax return status, ready for TFR.

1/24/14 - tax returns filed, not quite ready for TFR. See notes on Gettig Technologies, 05-06044. Will file TFR on all Gettig entities and have adjusted the estimated TFR date. Total distribution of $2,700 in this case does not justify full objections to all potentially objectionable claims, however, amended claim of Indiana needs an objection.

4/15/14 - status report. Claim objection filed and sustained. TFR with Gettig cases.

6/30/14 - status report. Wrapping up Gettig tax issues and will file TFR after Gettig completes. Revised ETFR to match Gettig cases.

4/27/15 - Gettig TFR filed, ready for TFR.

Debtor was in Chapter 11 for seven years prior to conversion to Chapter 7. During the Chapter 11, the assets of the Debtor were liquidated as part of the Gettig attempt to restructure and continue operation. At the time of conversion, the only remaining assets were some office items and the balance in the Kish Bank general account. There were no remaining employees. The Debtor originally had an office and hangar space at the State College airport, but these were closed during the Chapter 11. Following the closure, the office items were stored and comingled with the assets of Gettig Technologies. Although it was difficult, and in some cases impossible, an attempt was made to separately account for the GPI Aviation assets at the time of the combined Gettig asset sale. Using the best information available, the proceeds were prorated and the funds accounted for under the "office items" asset in this case. The Kish account was liquidated. No other assets were available at time of conversion for the Chapter 7 Trustee to liquidate. Finally, the accounting for GPI was so intertwined with Gettig that it was not prudent to separately track the time spent preparing the tax returns. All required tax retuns have been prepared and filed, and billed as part of the Gettig bankruptcy estate.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2013  **Current Projected Date Of Final Report (TFR):**  April 27, 2015 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 05-06047 | |
| **Case Name:** | GPI AVIATION, INC. | |
| **Taxpayer ID #:** | **-***0044 | |
| **Period Ending:** | 02/03/16 | |

| | |
|---|---|
| **Trustee:** | John Neblett (580060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1466 - Checking Account |
| **Blanket Bond:** | $14,877,090.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/13/13 | | John P. Neblett, Trustee | Transfer allocated portion of combined Gettig/GPI auction sale proceeds. | | 2,317.50 | | 2,317.50 |
| | {9} | | Gross receipts from combined Gettig/GPI sale                    2,721.88 | 1129-000 | | | 2,317.50 |
| | | | Auctioneer commission              -231.75 | 3610-000 | | | 2,317.50 |
| | | | Auctioneer costs              -172.63 | 3620-000 | | | 2,317.50 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,307.50 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,297.50 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,287.50 |
| 08/21/13 | {9} | John P. Neblett, Trustee | Funds for 99 Mercury mistakenly deposited into Gettig Technologies. | 1129-000 | 500.00 | | 2,787.50 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,777.50 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,767.50 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,757.50 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,747.50 |
| 12/26/13 | 101 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/26/2013 FOR CASE #05-06047 | 2300-000 | | 2.19 | 2,745.31 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,735.31 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,725.31 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,715.31 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,705.31 |
| 04/15/14 | {11} | Kish Bank | Turnover of bank account | 1129-000 | 1,179.37 | | 3,884.68 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,874.68 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,864.68 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,854.68 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,844.68 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,834.68 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,824.68 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,814.68 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,804.68 |
| 12/29/14 | 102 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2014 FOR CASE #05-06047 Voided on 01/07/15 | 5200-000 | | 3.55 | 3,801.13 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,791.13 |

| | | |
|---|---|---|
| Subtotals : | $3,996.87 | $205.74 |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-06047 | **Trustee:** John Neblett (580060) |
| **Case Name:** GPI AVIATION, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1466 - Checking Account |
| **Taxpayer ID #:** **-***0044 | **Blanket Bond:** $14,877,090.00 (per case limit) |
| **Period Ending:** 02/03/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/07/15 | 102 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2014 FOR CASE #05-06047 Voided: check issued on 12/29/14 | 5200-000 | | -3.55 | 3,794.68 |
| 01/07/15 | 103 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/29/2014 FOR CASE #05-06047 | 2300-000 | | 3.30 | 3,791.38 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,781.38 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,771.38 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,761.38 |
| 10/20/15 | 104 | John P. Neblett, Trustee | Dividend paid 100.00% on $1,100.31, Trustee Compensation;  Reference: | 2100-000 | | 1,100.31 | 2,661.07 |
| 10/20/15 | 105 | John P. Neblett, Trustee | Dividend paid 100.00% on $137.70, Trustee Expenses;  Reference: | 2200-000 | | 137.70 | 2,523.37 |
| 10/20/15 | 106 | Indiana Department of State Revenue (ADMINISTRATIVE) | Dividend paid 100.00% on $110.16, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes);  Reference: | 2820-000 | | 110.16 | 2,413.21 |
| 10/20/15 | 107 | United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 650.00 | 1,763.21 |
| 10/20/15 | 108 | Pennsylvania Department of Revenue (ADMINISTRATIVE) | Dividend paid  2.09% on $84,095.85, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: | 6820-000 | | 1,763.21 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 3,996.87 | 3,996.87 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 3,996.87 | 3,996.87 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$3,996.87** | **$3,996.87** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1466** | 3,996.87 | 3,996.87 | 0.00 |
| | $3,996.87 | $3,996.87 | $0.00 |