```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                           Case No. 05-06047-HWV
GPI Aviation, Inc.                                               Chapter 7
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-1   User: AutoDocke   Page 1 of 1          Date Rcvd: Jan 14, 2020
                       Form ID: fnldec   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
dbpos           +GPI Aviation, Inc.,    PO Box 85,    Streamside Place,    Spring Mills, PA 16875-0085

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
              Asst. US Trustee    on behalf of Asst. U.S. Trustee    United States Trustee
               ustpregion03.ha.ecf@usdoj.gov
              Becket & Lee LLP    on behalf of Creditor   eCAST Settlement Corporation, successor to MBNA
               America Bank (Delaware) N.A. notices@becket-lee.com
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov,    ustpregion03.ha.ecf@usdoj.gov
              Donald M Hahn    on behalf of Creditor D. Michael Paul dhahn@nittanylaw.com,
               psampsel@nittanylaw.com
              Donald M Hahn    on behalf of Creditor Jeffrey D. Caldwell dhahn@nittanylaw.com,
               psampsel@nittanylaw.com
              Donald M Hahn    on behalf of Creditor S Curtis Bierly, Jr. dhahn@nittanylaw.com,
               psampsel@nittanylaw.com
              Donald M Hahn    on behalf of Creditor Jay  Shah dhahn@nittanylaw.com,   psampsel@nittanylaw.com
              Donald M Hahn    on behalf of Creditor Valentine  Heier dhahn@nittanylaw.com,
               psampsel@nittanylaw.com
              Donald M Hahn    on behalf of Creditor James A. Benz dhahn@nittanylaw.com,   psampsel@nittanylaw.com
              Donald Robert Calaiaro    on behalf of Debtor-in-Possession   GPI Aviation, Inc.
               dcalaiaro@c-vlaw.com,    aheath@c-vlaw.com
              Donald Robert Calaiaro    on behalf of Plaintiff   GPI Aviation, Inc. dcalaiaro@c-vlaw.com,
               aheath@c-vlaw.com
              Francis Edward Corbett    on behalf of Debtor-in-Possession   GPI Aviation, Inc.
               fcorbett@calaiarocorbett.com
              George T. Snyder    on behalf of Creditor   Pennsylvania State University
               gsnyder@stonecipherlaw.com
              John P Neblett    on behalf of Trustee John P Neblett (Trustee) jpn@neblettlaw.com,
               lln@neblettlaw.com
              John P Neblett (Trustee)    jpn@neblettlaw.com,   pa06@ecfcbis.com
              Kathleen V Yurchak    on behalf of Defendant Vaughn  Staller yurchak@centrelaw.com,
               cgrubb@centrelaw.com
              Kathleen V Yurchak    on behalf of Creditor Vaughn  Staller yurchak@centrelaw.com,
               cgrubb@centrelaw.com
              Kathleen V Yurchak    on behalf of Defendant John  Walter yurchak@centrelaw.com,
               cgrubb@centrelaw.com
              Steven J. Adams    on behalf of Creditor    Capital BlueCross sja@stevenslee.com,
               dda@stevenslee.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Kelleher, Jr    on behalf of Creditor    Manufactures and Traders Trust Company
               wkelleher@cohenlaw.com,   bfilings@cohenlaw.com,mgraeb@cohenlaw.com
                                                                                             TOTAL: 21

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

GPI Aviation, Inc.,             Chapter     7

**Debtor 1**

Case No.     1:05−bk−06047−HWV

Social Security No.:

Employer's Tax I.D. No.:
            52−1140044

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

            **John P Neblett (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: January 14, 2020             By the Court,

            Honorable Henry W. Van Eck
            Chief Bankruptcy Judge
            By: CourtneyWojtowicz, Deputy Clerk

**fnldec** (05/18)